```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 07167
   JERRY L BUSH
   MARY K BUSH                                CHAPTER 13

                                              JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-4604     SSN XXX-XX-7139
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/20/07 and confirmed on 07/20/07.

2. The case was dismissed after confirmation, 02/29/2008.

3. The Debtor paid a total of $   1892.74 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 16932.71 | .00 | .00 |
| HOMEOWNERS SECURITY | SECURED | 3500.00 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | 2889.93 | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 238.29 | .00 | .00 |
| AMERICAN CABLE ENTERTAIN | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 981.08 | .00 | .00 |
| COMMONWEALTH FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 189.48 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 362.17 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 159.44 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20432.71 | .00 | 4820.39 | .00 | 25253.10 |

```
PRINCIPAL PAID                .00          .00          .00          .00          .00
INTEREST PAID                 .00          .00          .00          .00          .00
TOTAL PAID                    .00          .00          .00          .00          .00
```

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3000.00 and was paid $   1821.40 .

The Trustee received $       71.34 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/20/08                   /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE